**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRITTANY O'NEAL, MADAY GRIMM, LANDON GRIMM ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,**

       **Plaintiffs,**

**-vs-**       **Case No. 6:11-cv-744-Orl-28GJK**

**KATMANDO SERVICES, INC., RONALD CHESHIRE,**

       **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiffs' Notice of Acceptance of Defendants' Offer of Judgment (Doc. No. 16) filed October 5, 2011.  The United States Magistrate Judge has submitted a report recommending that the Court enter judgment in accordance with Plaintiffs' acceptance of the offer of judgment.

After an independent *de novo* review of the record in this matter, noting that no objections were timely filed to the Report and Recommendation, and also noting the Notice filed withdrawing the claims of Opt-In Plaintiff Sarah E. Williams-Perry (Doc. No. 18), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 9, 2011 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Notice of Acceptance of Offer (construed as a Motion for Judgment) (Doc. No. 16) is **GRANTED**.

3. Judgment is entered in favor of Plaintiffs Brittney O'Neal in the amount of $2,360.92, Maday Grimm in the amount of $2,181.84, and Landon Grimm in the amount of $503.38, and Opt-In Plaintiffs Lekechia Brown in the amount of $3,738.80, Lorrie Grajczyk in the amount of $3,810.40, Nancy Jacobsen in the amount of $1,639.90, and Reina M. Kivinski in the amount of $6,002.68.

4. The Clerk of the Court is directed to enter judgment as set forth above and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___11th___ day of January, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

_____
JOHN ANTOON II
United States District Judge